UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLIS JAY SIMMONS, | Case No. 10-CV-2072-RSM |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| OFFICER TERRY BAILEY, et al., | |
| Defendants. | |

The Court, having reviewed plaintiff's 42 U.S.C. § 1983 civil rights complaint, defendant's motion for summary judgment, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Defendant's motion for summary judgment, Dkt. 21, is GRANTED.

    (3)    This action is DISMISSED with prejudice.

    (4)    The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable James P. Donohue.

DATED this 29th day of March 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE